UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MAI LA THAI, | Docket No. 3:20-cv-528 |
| Plaintiff, | |
| - against - | JURY TRIAL DEMANDED |
| CURT LEWIS & ASSOCIATES, LLC | |
| Defendant. | |

## COMPLAINT

Plaintiff Mai La Thai ("Thai" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Curt Lewis & Associates, LLC ("Curt Lewis" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs of the Beale Air Force Base, owned and registered by Thai, a professional photographer. Accordingly, Thai seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Texas.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Thai is an award-winning professional photographer in the business of licensing her photographs to for a fee having a usual place of business at 24 King Street #13, New York, New York 10014.

6. Upon information and belief, Curt Lewis is a domestic limited liability company duly organized and existing under the laws of the State of Texas, with a place of business at 1802 Briarcrest Lane, Arlington, Texas 76012. Upon information and belief, Curt Lewis is registered with the Texas State Department of Corporations to do business in Texas. At all times material hereto, Curt Lewis has created a constant contact newsletter from Flight Safety Information.

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photographs**

7. Thai photographed the Beale Air Force Base (the "Photographs"). A true and correct copy of the Photographs are attached hereto as Exhibit A.

8. Thai is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-116-521.

**B. Defendant's Infringing Activities**

10. Curt Lewis ran the Photographs on their constant contact newsletter. See Exhibit B.

11. Curt Lewis did not license the Photographs from Plaintiff, nor did Curt Lewis have Plaintiff's permission or consent to publish the Photographs on its constant contact newsletter.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Curt Lewis infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Curt Lewis is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Curt Lewis have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Curt Lewis be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 28, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Mai La Thai*